**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BULLY DAWGS TOWING, LLC,**

**Plaintiff,**

**v.**

**TIMOTHY STRYKER, *et al.*,**

**Defendants.**

**Civil Action 2:26-mc-22**
**Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on Plaintiff Bully Dawgs Towing, LLC's Motion for Approval of Voluntary Dismissal Without Prejudice (ECF No. 7). For good cause shown, the Motion is **GRANTED**. Plaintiff's Motions to Compel at ECF Nos. 1, 2, and 4 are **WITHDRAWN** due to substantial compliance with the relevant subpoena by the subpoena recipient, Erie Insurance. The Clerk is **DIRECTED** to close this miscellaneous action.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE